UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**Southside Equipment, LLC,**       )
        Plaintiffs,       )
               )
V.       )
               )   Case No. 4:11cv00913 FRB
               )
**Polaris Industries, Inc. et al**       )
               )
        Defendants.       )

ORDER

    The above-styled case was filed in the Eastern Division of this court, in error, on 05/20/2011 and assigned to Magistrate Judge Frederick R. Buckles. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division cause number.

    **IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Northern Division of this court  and assigned Case No. 2:11cv00037 ERW. The Honorable E. Richard Webber will preside.

    Case No. 4:11-cv-00913-FRB  is hereby  administratively closed.

    Dated this 24th day of May, 2011.

                James G. Woodward
                Clerk of Court

                By: /s/ Karen Moore
                      Deputy Clerk

    Please refer to Case No. 2:11cv-0037 ERW in all future matters concerning this case.